**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

MAY 1 1 2009

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:  3:07-CR-387-M (03) |
| | ) | SEALED CASE |
| CLAUDIA PATRICIA ATEHORTUA-CASTRO | ) | |

### REPORT AND RECOMMENDATION
### CONCERNING PLEA OF GUILTY

CLAUDIA PATRICIA ATEHORTUA-CASTRO, by consent, under authority of United States v. Dees, 125 F.3d 261 (5th Cir. 1997),  has appeared before me pursuant to Fed. R. Crim.P. 11,  and has entered a plea of guilty to Count(s) 2 of the second superseding Indictment.  After cautioning and examining CLAUDIA PATRICIA ATEHORTUA-CASTRO under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary and that the offense(s) charged is supported by an independent basis in fact containing each of the essential elements of such offense.  I therefore recommend that the plea of guilty, and the plea agreement, be accepted, and that CLAUDIA PATRICIA ATEHORTUA-CASTRO be adjudged guilty and have sentence imposed accordingly.

Date:   May 11, 2009

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

### NOTICE

Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. §636(b)(1)(B).